OSCN Found Document:RE COURT FUND EXPENDITURES FOR CIVIL TRANSCRIPTS

 

 
 

 
 RE COURT FUND EXPENDITURES FOR CIVIL TRANSCRIPTS
2020 OK 48
Decided: 06/08/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 48, __ P.3d __

 
RE: Court Fund Expenditures for Civil Transcripts
ORDER
Â¶1 Due to ongoing budgetary constraints in the District Courts, including but not limited to those arising from the economic impacts of the COVID-19 pandemic, all Court Fund expenditures must be carefully reviewed and targeted for the most critical functions. The Supreme Court will continue to follow the long standing practice that budgeted amounts for transcripts shall only be used in indigent criminal, juvenile and matters specifically required by statute. In all other cases, other than an indigent criminal or juvenile matter, regardless of the type of hearing or method of trial (jury, non-jury, or remote), the cost of the transcript shall be borne by the parties.
Â¶2 No exceptions will be permitted without prior authorization from the Chief Justice for good cause shown. If the Chief Justice authorizes transcript costs to be paid by the Court Fund, the applicable transcript fee shall not exceed the amount authorized in indigent criminal cases, as set forth in this Court's administrative order, SCAD-2020-2, dated January 13, 2020 (or as such order may be amended from time to time).
Â¶3 This directive shall take effect on the 8th day of June, 2020.
Â¶4 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 8th day of JUNE, 2020.
/s/Chief Justice
ALL JUSTICES CONCUR